FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 13 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**PAULA FISHER,**
Plaintiff,
v.
**EVERETT FINANCIAL, INC. d/b/a SUPREME LENDING;**
**ALLIANT CREDIT UNION;**
**CENLAR FSB;**
**PADGETT LAW GROUP;**
**ALEC HAYES**, individually and in his capacity as attorney for Alliant Credit Union and Cenlar FSB,
Defendants.

**CIVIL ACTION NO.: 1:25-cv-01034-VMC-JEM**

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Paula Fisher, proceeding pro se, appeals to the United States Court of Appeals for the Eleventh Circuit from the final Judgment entered on September 24, 2026 (Document 110), and the Order entered on September 24, 2026 (Document 109), adopting the Report and Recommendation, granting Defendants' motions to dismiss, dismissing the federal claims with prejudice and the state-law claims without prejudice, denying Plaintiff's Motion for Leave to File Third Amended Complaint as moot, and directing that the case be closed.

This appeal encompasses the entire final judgment and all orders and rulings that merge into that judgment for purposes of appeal under Federal Rule of Appellate Procedure 3(c)(4).

Identification of particular rulings above does not limit the scope of this appeal.

**Dated:** October 13, 2026

Respectfully submitted,

/s/ Paula Fisher

Paula Fisher

Pro Se Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026 I served a true and correct copy of the foregoing Notice of Appeal on all counsel of record listed below via email as I am not a CM/ECF registered user. Any additional parties registered with the Courts CM/ECF system will be electronically served by the system:

**Mark D. Windham**
Troutman Pepper Locke LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

**E. Blair Weatherly**
Brock & Scott, PLLC
4360 Chamblee Dunwoody Road, Suite 310
Atlanta, GA 30341

**Teresa E. Lazzara**
Hawkins Parnell & Young, LLP
303 Peachtree Street NE, Suite 4000
Atlanta, GA 30308

**October 13, 2026**

**Clerk of Court Room 2212**
United States District Court
75 Ted Turner Drive
Atlanta, Georgia 30303

Re: Paula Fisher v. Alliant et al.

**Civil Action No. 1:25-cv-01034-VMC-JEM**

Dear Clerk:

Please accept for filing the enclosed documents in the above-referenced matter:

1. **Request for Appeal**

These filings are submitted for docketing and consideration by the Court.

Thank you so very much!

Paula Fisher

Plaintiff, pro se

ORIGIN ID:FMYA (239) 989-8801
PAULA FISHER
8805 TAMIAMI TRL N
260
NAPLES, FL 34108
UNITED STATES US

SHIP DATE: 12OCT26
ACTWGT: 1.00 LB
CAD: 267700210/INET4535

BILL SENDER

TO **US DISTRICT COURT**
**CLERK ROOM 2212**
**75 TED TURNER DRIVE**

**ATLANTA GA 30303**
(760) 473-1645 REF:
INV:
PO: DEPT:

58KJ1/70DF/484B

FedEx Express
J261026012001uv

**TUE - 13 OCT 5:00P**
**STANDARD OVERNIGHT**

TRK# 0201 **8785 1854 2303**

**XG QFEA**

**30303**
GA-US **ATL**

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# U.S. District Court

## Georgia Northern - Atlanta

Receipt Date: Oct 15, 2026 10:49AM

PAULA FISHER

Rcpt. No: 100030077 Trans. Date: Oct 15, 2026 10:49AM Cashier ID: #BC (3381)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Check/Money Order | #765751709 | 10/12/2026 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 1:25-CV-1034-VMC

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) is available by calling 1-866-945-7920. A $53 fee will be assessed for any check payment returned as uncollected. Thank you.